Rcv'd by: _____ AV

USDC- GREENBELT
'23 MAY 24 PM4:05

## IN THE UNITED STATES DISTRICT COURT

## GREENBELT, MARYLAND

HESMAN TALL aka
HESMAN W. TALL aka
BROTHA WORKITOUT aka
JAMES WELDON HUNTER, jr.

        Plaintiff / Petitioner

v.

ALPHABET INC.

GOOGLE INC.

        Defendant / Respondent

CASE NUMBER

PX 23CV1393

### MOTION FOR PERMANENT INJUNCTIVE RELIEF UNDER THE AMERICANS WITH DISABILITIES ACT AND PROHIBITIONS ON UNDUE HARDSHIP

BEFORE THEE BRING the plaintiff's motion for permanent injunctive relief

under the Americans with Disabilities Act and Article 7B and 24 CFR §982.303 (b) (2),

and Title II of the ADA 28 CFR Part 35, the 4th Amendment to the United States Constitution,

Reasonable Accommodation ADA laws prohibiting racial profiling, racial discrimination and

prohibitions causing undue hardship to a Disabled Person

### PERMANENT INJUNCTIVE RELIEF REQUESTED AND REASONABLE ACCOMMODATION RELIEF REQUESTED

1} Permanent Removal of any and all Alphabet Inc. and Google Search results, posts and

publications references to HESMAN W. TALL aka HESMAN TALL aka BROTHA

WORKITOUT aka JAMES WELDON HUNTER, jr.

2} Permanent Removal of any and all websites owned by Alphabet Inc. and Google Inc.,

Youtube results, posts and publications and references to HESMAN TALL aka BROTHA

WORKITOUT aka JAMES WELDON HUNTER, jr.

2} Permanent Removal of any and all posts and publications of Google Search references to

Case Number JFM 06 0550

3} Permanent Removal of any and all posts and publications the link which references the

SEALED Record and Case which is { EXHIBIT B } :

*https://www.justice.gov/archive/usao/md/news/2006/Former%20Columbia%20Man%20Indicted*
*%20for%20Identity%20Fraud%20Scheme.html*

4} Permanent Removal of any and all posts and publications of and regarding references to

***Former Columbia Man Indicted for identity fraud scheme*** { EXHIBIT C }.

5} Permanent Removal of any and all posts and publications of HEISMAN TALL.

## CAUSE OF ACTION UPON WHICH RELIEF CAN BE GRANTED

Plaintiff / Petitioner receives Social Security SSI Disability benefits and has been

determined to be disabled under Federal Social Security Laws. Plaintiff is protected under

the prohibitions on causing undue hardship to a Disabled Person under the Americans with

Disabilities Act. Around November of 2006 plaintiff was charged with misdemeanor – alteration

of documents by the Baltimore U.S. Attorney's office.  The FULL Records and Case File was

sealed by a Federal Judge ( EXHIBIT A. ) The defendant is illegally posting and publishing

information regarding the referenced record that was SEALED by a Federal District Court Judge.

The defendant / respondent is illegally causing the plaintiff undue hardship; in violation of the

Americans with Disabilities Act. The defendant / respondent is unlawfully causing the plaintiff

undue hardship by posting the Sealed record, and in doing so, is unlawfully placing plaintiff's

access to Pubic Social Service Benefits, i.e. Medicare / Medicaid Health Benefits, EBT Foods

Stamps, Disability Benefits and future employment opportunities and benefits at risk.

## PROHIBITIONS ON UNDUE HARDSHIP UNDER THE AMERICANS WITH DISABILITIES ACT

1} **EXHIBIT A. SEAL ORDER FROM FEDERAL COURT**

2} **EXHIBIT B. Google Search Results regarding SEALED Record**

3} **EXHIBIT C. Google Link Search Results regarding *Former Columbia Man Indicted for identity fraud scheme***

4} **EXHIBIT D. CONGRESSIONAL INQUIRY BY THE HONORABLE UNITED STATES CONGRESSMAN JOHN. P SARBANES.**

4} The defendant is ignoring the undue hardship caused to the plaintiff

5} The defendant is unlawfully refusing to consider the extenuating circumstances and undue hardship caused to the plaintiff

6} The defendant is refusing to correct and remedy the undue hardship caused to the plaintiff under 24 CFR § 982.303 (b) (2)

7} Title II of the ADA, 28 CFR Part 35, the 24 CFR § 982.304 and  42 USC §3601 prohibits discrimination and prohibits causing undue hardship to a Disabled Person

8} Title II of the ADA also prohibits disruptive events, significant differences, and all forms of discrimination against Disabled Persons.

## UNDUE HARDSHIP CAUSED TO THE PLAINTIFF

1} The defendant / respondent is illegally causing the plaintiff undue hardship by posting the Sealed record, and in doing so, is unlawfully placing plaintiff's access to Pubic Social Service Benefits, i.e. Medicare / Medicaid Health Benefits at risk.

2} The defendant / respondent is illegally causing the plaintiff undue hardship by posting the Sealed record, and in doing so, is unlawfully placing plaintiff's access to

EBT Foods Stamps and Disability Benefits at risk.

3} The defendant / respondent is illegally causing the plaintiff undue hardship

by posting the Sealed record, and in doing so, is unlawfully placing plaintiff's access to

future employment opportunities and benefits at risk.

## CERTIFICATE OF MAILING

Plaintiff hereby certifies that in compliance with §205(g) of the Social Security

Act and 42 U.S.C. §405(g) and 4 ( i ) of the Fed. Rules for Judicial Procedure on

this __22___ day of May, 2023 a copy of the above motion for permanent injunctive relief

was mailed by first-class USPS to the defendant who is Alphabet Inc. / Google Inc.

c/o Mr. Sundar Pichai  1600  Amphitheatre Parkway    Mountain View,  CA    94043


Hesman Tall
10721 Graeloch Rd
Laurel, MD   20707
443 760 1787