# EXHIBIT A

IN THE U.S. DISTRICT COURT

STATE OF MARYLAND

UNITED STATES                                          CASE NUMBER

　　　Plaintiff                                        JFM 06 0550

V.

HESMAN TALL

　　　Former Pro Se Defendant

### CERFTIFICATION OF PREVIOUSLY SEALED RECORD

### ORDER

This Order hereby certifies the GRANTING of the Government's

Letter SEALING the File and Record which was Granted on

February __19__ , 2013 ( Docket Number 46 ) and also Certifies

the GRANTING of a PAPERLESS ORDER which was Electronically

Signed on February __19__ , 2013 ( Docket Number 48 )

_____

_____
DATE

Page 1 of 1