# EXHIBIT D

1/26/23, 3:06 PM                                Gmail - Inquiry Response- Congressman Sarbanes Constituent Service

  Gmail                                                                                      Hesman Tall <htall13@gmail.com>

**Inquiry Response- Congressman Sarbanes Constituent Service**
1 message

Casework Manager <MD03.Casework@mail.house.gov>                                           Fri, Jan 13, 2023 at 5:06 PM
To: htall13@gmail.com



Dear Mr. Tall:

Thank you for contacting my office with regard to your Appeal's Council request. I appreciate the opportunity to be of assistance. I sent an inquiry to the Social Security Administration on your behalf. I have inserted the text of the response I received below:

> This is in further response to your inquiry regarding Mr. Hesman W. Tall.
> The Appeals Council still has not begun its evaluation of Mr. Tall's case but will do so as soon as possible. If the status of his case does not change sooner, we will respond to you again within 60 to 90 days.

I hope that this is helpful in clarifying the position of the Social Security Administration on this matter. Please do not hesitate to contact Mutale Matambo on (410)832-8890 or via email at md03.casework@mail.house.gov with any further questions or concerns.

With best regards,


Sincerely,
Signature
John P. Sarbanes
Maryland's Third Congressional District

P.S. If you want to receive more updates from me, I encourage you to sign up here

Facebook  Twitter  YouTube  Website

This response was sent from a send-only mailbox and cannot receive responses. To respond to this message, please visit my website at sarbanes.house.gov/contact