IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HESMAN TALL,

   Plaintiff,

v.                                                         Civil Action No.:  PX-23-1393

ALPHABET INC., et al.,

   Defendants.

## ORDER

Hesman Tall filed suit against Alphabet Inc. and Google Inc. for a host of constitutional and statutory violations.  ECF No. 1.  Tall moved for leave to proceed in forma pauperis (ECF No. 2) which was granted (ECF No. 4).  Because Tall proceeds in forma pauperis, the Court screened the Complaint for sufficiency pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and found that the Complaint failed to state a claim.  ECF No. 4.  The Court afforded Tall the opportunity to amend the Complaint to cure the noted defects.  The Court specifically advised Tall that an "amended complaint must minimally (1) set out the jurisdictional basis for the complaint, (2) describe how each of the named defendants is involved in this matter, (3) allege each cause of action separately with a simple statement of how the Defendants have committed each violation."  ECF No. 4.  The Court forewarned Tall that failure to amend the Complaint as directed would result in dismissal of the Complaint. *Id*.

Although Tall filed an Amended Complaint (ECF No. 5), it still fails to state a claim.  The Complaint persists in generalized concerns about "posting" of information related to him, and makes passing reference to Defendants' "publishing" of certain information that is "under seal."  *Id*. at 6.  But the pleading does not include any facts that make plausible a claim pursuant to the listed causes of action, namely the "Americans with Disabilities Act," the "Bill of Rights" and the "U.S. Constitution

and Reconstruction Act," the Civil Rights Act of 1965, and Laws prohibiting racial profiling/discrimination." *Id.* Because the Amended Complaint still fails to state a claim, it must therefore be dismissed.

Accordingly, it is this 17th day of April, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL TRANSMIT a copy of this Order to Tall.

/S/
_____
Paula Xinis
United States District Judge