# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

HESMAN TALL

CASE NUMBER

Plaintiff

USDC- BALTIMORE
'24 APR 26 PM3:41

PX 23 CV 1393

v.

ALPHABET INC.
GOOGLE

Defendant

## NOTICE OF APPEAL

IN HARMONY LAW BEFORE THEE BRING Title 28 Section 4 (a) Fed. Rules of Appellate Procedure now comes Plaintiff filing notice of the appeal of the decision received by the appellant on April 24th. 2024.

## CERTIFICATE OF MAILING

Plaintiff hereby certifies that in compliance with §205(g) of the Social Security Act and 42 U.S.C. §405(g) and 4 ( i ) of the Fed. Rules for Judicial Procedure on this __25th___ day of April, 2024 a copy of the above notice of appeal was mailed by first-class USPS to the defendant who is Alphabet Inc. 1600 Ampitheatre pkwy Mountainview, Ca   94043

Hesman Tall
10721 Graeloch Rd
Laurel, MD   20707
443 760 1787

**HD**

Rcv'd by: AR